```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                   FORT SMITH DIVISION
```

JIMMY D. BURDETTE                                        PETITIONER

    V.                      Civil No. 07-2082

CITY OF VAN BUREN, ARKANSAS;
VAN BUREN CITY ATTORNEY and
VAN BUREN POLICE DEPARTMENT                              RESPONDENTS

### O R D E R

On this 28th day of August 2007, there comes on for consideration the report and recommendation filed in this case on August 17, 2007, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. (Doc. 4.)  Petitioner has filed written objections to the report and recommendation.  (Doc. 5.)

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety.  Accordingly, Petitioner's 28 U.S.C. § 2254 petition is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

                                      /s/ Robert T. Dawson  
                                      Honorable Robert T. Dawson  
                                      United States District Judge